# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LINDA GIORDANO,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee.

No. 4D18-1279

[June 6, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE12018135.

Rachel M. Coe of Polaris Legal Group, Pompano Beach, for appellant.

Kathleen Angione of Kahane & Associates, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***